United States District Court
Southern District of Texas
**ENTERED**
July 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISON

| | | |
|---|---|---|
| CODY JOHNSON, Individually and on behalf of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>BODI SERVICES, LLC, BO HARDING, and JODI HARDING<br><br>*Defendants.* | § § § § § § § § § § § § § § | CIVIL Action No. 5:17-cv-00123 |

## ORDER GRANTING MOTION TO EXTEND ANSWER DATE AND AGREEMENT TO TOLL THE STATUTE OF LIMITATIONS

The Court, after considering Plaintiff's Motion to Extend Defendants' Answer Date and Agreement to Toll the Statute of Limitations, and the arguments set forth therein, concludes the Motion should be GRANTED.

Accordingly, Defendants' deadline to answer Plaintiff's Original Collective Action Complaint is reset to October 25, 2017 and the statute of limitations for all Putative Class Members is tolled until September 28, 2017.

SIGNED this 27th day of July, 2017.

HONORABLE DIANA SALDANA
UNITED STATES DISTRICT JUDGE